Anna Curtis, appellee, v. Phillip State Bank & Trust Company, as trustee, appellant.   Gen. No. 36,304.

Opinion filed April 11, 1933.

Crowe, Gorman & Savage, for appellant; W. W. Patterson, of counsel.   Owen, O'Brien, McKeown & Allan, for appellee; John Owen and James C. O'Brien, Jr., of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Herbert C. Heller & Company, Inc., appellant, v. Dowdle Brothers Company, appellee.   Gen. No. 36,155.

Opinion filed April 11, 1933.

Chapman & Cutler, for appellant; Dayton Ogden and Charles M. Thomson, of counsel.   Morton S. Cressy and John J. Dowdle, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

George J. Williams, appellant, v. Louis Schwartz, appellee.   Gen. No. 36,297.

Opinion filed April 11, 1933.

Warren Pease and Holland F. FlaHavhan, for appellant.   Short, Rothbart, Willner & Lewis, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

National Paper Box Company, appellee, v. Philip S. Bloom Company, appellant.   Gen. No. 36,331.

Opinion filed April 11, 1933.

Short, Rothbart, Willner & Lewis, for appellant; Dwight McKay, Seymour M. Lewis and Benedict J. Short, of counsel.   Meyer L. Cherkas, for appellee.

Mr. Justice Gridley delivered the opinion of the court.